UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :     **SCHEDULING ORDER**
                                  :
**Travis Parker,**                :     7- 23-cr-00250-PMH
                   Defendant.     :
                                  :
-----------------------------------------------------------x

An Initial Conference is scheduled on May 31, 2023 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

Dated: May 24, 2023        SO ORDERED:

_____
Philip M. Halpern, U.S.D.J